S. Amanda Marshall – OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez – Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00965-YY<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT STACY MAYHOOD** |

**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT STACY MAYHOOD**

**– 1 –**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure 4, attached hereto as "Exhibit 1" is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant Stacy Mayhood, who was served via personal service on July 19, 2021. Defendant Stacy Mayhood's deadline to file a responsive pleading is Monday, August 9, 2021.

Respectfully submitted,

Dated: July 19, 2021

/s/ S. Amanda Marshall
S. Amanda Marshall
OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez
Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*
***Attorneys for Plaintiff***