# EXHIBIT 1

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **Zoe Hollis individually and on behalf of all others similarly situated**<br>　　　　　　　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br><br>**R & R Restaurants, Inc. dba Sassy's, an Oregon corporation, et al.**<br>　　　　　　　　　　　　　　　Defendant/Respondent | Cause No.:　**3:21-cv-00965-YY**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**Plaintiff's Complaint for Damages; Consent to Join Collective Action; Civil Cover Sheet; Summons in a Civil Action; Civil Case Assignment Order** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **19th day of July, 2021** at **9:46 AM** at the address of **6222 SE Steele Street, Portland, Multnomah, OR 97206**; this declarant served the above described documents upon **Stacy Mayhood**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Stacy Mayhood**, **Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a brown-haired white female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date:　07/19/2021

*/s/ Edward Curtiss*

**Edward Curtiss**
**5270 NE 30th Ave, Portland, OR 97212   503-960-0308**

ORIGINAL DECLARATION OF SERVICE

Tracking #: **0073370337** PDX FIL

REF:　**REF-8399329**

