# CERTIFICATE OF SERVICE

I certify that on Monday, July 19, 2021 a true and correct copy of the attached **PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT STACY MAYHOOD** was served via U.S. Mail upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Stacy Mayhood<br>6222 SE Steele Street<br>Portland, Oregon 97205<br><br>*Defendant* | R & R Restaurants, Inc. dba Sassy's<br>927 SE Morrison Street<br>Portland, Oregon 97214<br><br>*Defendant* |

Ian Hannigan
11541 SE Flavel Street
Portland, Oregon 97266

*Defendant*

/s/ S. Amanda Marshall
S. Amanda Marshall
