S. Amanda Marshall – OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez – Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00965-YY<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT R & R RESTAURANTS, INC. dba SASSY'S** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure 4, attached hereto as "Exhibit 1" is an amended proof of service of the Notice of Proof of Service of the Summons, Complaint, and other case initiating documents upon defendant R & R Restaurants, Inc. dba Sassy's.

Respectfully submitted,

Dated: July 19, 2021

/s/ S. Amanda Marshall
S. Amanda Marshall
OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez
Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I certify that on Monday, July 19, 2021 a true and correct copy of the attached **PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT R & R RESTAURANTS, INC. dba SASSY'S** was served via U.S. Mail upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Stacy Mayhood
6222 SE Steele Street
Portland, Oregon 97205

*Defendant*

R & R Restaurants, Inc. dba Sassy's
927 SE Morrison Street
Portland, Oregon 97214

*Defendant*

Ian Hannigan
11541 SE Flavel Street
Portland, Oregon 97266

*Defendant*

                                          */s/ S. Amanda Marshall*
                                            S. Amanda Marshall