# EXHIBIT 1

S. Amanda Marshall – OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez – Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00965-YY<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT R & R RESTAURANTS, INC. dba SASSY'S** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 4, attached hereto as "Exhibit 1" is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant R & R Restaurants, Inc. dba Sassy's**,** which was served via personal service on July 145 2021. Defendant R & R Restaurants, Inc. dba Sassy's' deadline to file a responsive pleading is Thursday, August 5, 2021.

Respectfully submitted,

Dated: July 15, 2021

/s/ S. Amanda Marshall
S. Amanda Marshall
OSB No. 953473
**S. AMANDA MARSHALL, LLC**
4545 SW Angel Avenue
Beaverton, Oregon 97005
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez
Cal. Bar No. 316969
*(Pro Hac Vice Forthcoming)*
**KRISTENSEN LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
*jesenia@kristensenlaw.com*
***Attorneys for Plaintiff***

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **Zoe Hollis, individually and on behalf of all other similarly situated**<br><br>　　　　　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br><br>**R & R Restaurants, Inc. dba Sassy's, an Oregon corporation, et al.**<br><br>　　　　　　　　　　　　　Defendant/Respondent | Cause No.:   **3:21-cv-00965-YY**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**Collective Complaint for Damages and Demand for Jury trial; Consent to Join Collective Action; Civil Case Cover sheet; Summons; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of Normal Appeal Route** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of July, 2021** at **1:57 PM** at the address of **927 SE Morrison Street, Portland, Multnomah, OR 97214**; this declarant served the above described documents upon **R&R Restaurants, Inc. dba Sassy's**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ian Hannigan**, **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired white male approx. 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: 07/15/2021

_(signature)_

**Edward Curtiss**
5270 NE 30th Ave, Portland, OR 97212   503-960-0308

REF:   **REF-8399325**

ORIGINAL DECLARATION OF SERVICE

Tracking #: **0073246567** PDX FIL

