S. Amanda Marshall – Or. Bar No. 953473
**S. AMANDA MARSHALL, LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez – Cal. Bar No. 316969
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 507-7924
*jmartinez@cz.law*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; FRANK FAILLACE, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00965-YY<br><br>**COLLECTIVE ACTION**<br><br>**NOTICE OF CHANGE OF FIRM** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective November 11, 2021, Kristensen LLP has been acquired by Carpenter & Zuckerman. Jesenia A. Martinez has joined Carpenter & Zuckerman. Kristensen LLP's name and address has changed to the following:

**Carpenter & Zuckerman**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 507-7924
Facsimile: (310) 858-1063

Please send all future communications, correspondences, notices and services to the above-noted address.

Copies of this change of firm name have been served on this date to the parties as set forth in the attached certificate of service.

Dated: December 6, 2021

Respectfully submitted,

/s/ Jesenia A. Martinez
Jesenia A. Martinez
Cal. Bar No. 316969
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Phone: (310) 507-7924
*jmartinez@cz.law*

S. Amanda Marshall
Or. Bar No. 953473
**S. AMANDA MARSHALL, LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Phone: (503) 472-7190
*amanda@maclaw.law*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that on Monday, December 06, 2021 a true and correct copy of the attached **NOTICE OF CHANGE OF FIRM** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Anthony Kuchulis
Joseph Q. Ridgeway
**LITTLE MENDELSON P.C.**
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Email: akuchulis@littler.com
Email: sarney@littler.com
Email: jridgeway@littler.com

*Counsel for Defendants*

                                                                */s/ Jesenia A. Martinez*
                                                                   Jesenia A. Martinez