| | |
|---|---|
| **From:** | Ridgeway, Joseph Q. |
| **Sent:** | Monday, May 9, 2022 3:19 PM |
| **To:** | Jesenia Martinez |
| **Cc:** | John Kristensen; Kuchulis, Anthony; Jarrett L. Ellzey; S. Amanda Marshall; Herbst, Kaitlin; Dueno, Sara; Minnieweather, Victoria; Farley, Noreen |
| **Subject:** | RE: Hollis v. Sassy |
| **Attachments:** | Hollis v. Sassy - Proposed Notice to Potential Class Members - JQR Edits.docx; Hollis v. Sassy's - Prop Order Granting in Part P's Motion for Condtional Cert. - JQR Edits.docx |

Jesenia,

Attached are the proposed order granting in part Plaintiff's motion for conditional certification as well as the proposed notice, with our edits visible in track changes. Our email system will try to clean track changes and comments from Word documents when sending outside the firm, so please let me know if the track changes are not viewable on your end.

Additionally, we propose the following third party administrators:

1. Kurtzman Carson Consultants
2. Rust
3. Phoenix Settlement Administrators

Joe

**Joseph Q. Ridgeway**
Attorney at Law
503.889.8941 direct, 503.319.8880 mobile
JRidgeway@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
1300 SW 5th Ave, Wells Fargo Tower - Suite 2050, Portland, OR 97201

**From:** Jesenia Martinez <jmartinez@cz.law>
**Sent:** Monday, May 2, 2022 4:08 PM
**To:** Ridgeway, Joseph Q. <JRidgeway@littler.com>
**Cc:** John Kristensen <kristensen@cz.law>; Kuchulis, Anthony <AKuchulis@littler.com>; Jarrett L. Ellzey <jarrett@ellzeylaw.com>; S. Amanda Marshall <amanda@maclaw.law>
**Subject:** Re: Hollis v. Sassy

Attached are drafts of the proposed order and notice for review in accordance with today's order. Let us know if you have any edits. I'd be happy to discuss during a call this week.

1

We look forward to receiving a list of your proposed third party administrators.

JESENIA MARTINEZ
TRIAL LAWYER

**Carpenter & Zuckerman**
8827 W. Olympic Boulevard, Beverly Hills, CA 90211
**T** 310-273-1230 **F** 310-858-1063
cz.law

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom the email is addressed. If you are not the named addressee, you are prohibited from disclosing, copying, or disseminating this email in any manner. Instead, please delete this email from your system and notify the sender of the error. The sender may be contacted by return email or by calling (310) 273-1230.

On Mon, May 2, 2022 at 3:43 PM Ridgeway, Joseph Q. <JRidgeway@littler.com> wrote:

> Thanks, Jesenia.
>
> John – we'll get back to you on proposed third party administrators.
>
> Joe
>
> **Joseph Q. Ridgeway**
> Attorney at Law
> 503.889.8941 direct, 503.319.8880 mobile
> JRidgeway@littler.com
>
> Pronouns: He/Him
>
> 

2

**Exhibit A**
**Page 2 of 4**

Labor & Employment Law Solutions | Local Everywhere
1300 SW 5th Ave, Wells Fargo Tower - Suite 2050, Portland, OR 97201

**From:** Jesenia Martinez <jmartinez@cz.law>
**Sent:** Monday, May 2, 2022 3:42 PM
**To:** John Kristensen <kristensen@cz.law>
**Cc:** Kuchulis, Anthony <AKuchulis@littler.com>; Ridgeway, Joseph Q. <JRidgeway@littler.com>; Jarrett L. Ellzey <jarrett@ellzeylaw.com>; S. Amanda Marshall <amanda@maclaw.law>
**Subject:** Re: Hollis v. Sassy

I will send along a revised proposed notice for review.

JESENIA MARTINEZ
TRIAL LAWYER

**Carpenter & Zuckerman**
8827 W. Olympic Boulevard, Beverly Hills, CA 90211
**T** 310-273-1230 **F** 310-858-1063
cz.law

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom the email is addressed. If you are not the named addressee, you are prohibited from disclosing, copying, or disseminating this email in any manner. Instead, please delete this email from your system and notify the sender of the error. The sender may be contacted by return email or by calling (310) 273-1230.

On Mon, May 2, 2022 at 3:38 PM John Kristensen <kristensen@cz.law> wrote:

> Anthony and Joseph,

Do you have any proposed third party administrators? Also, do you want to send some redlines for the notice?

John

**JOHN KRISTENSEN**

**PARTNER**

**Carpenter & Zuckerman**

8827 W. Olympic Boulevard, Beverly Hills, CA 90211

T 310-273-1230  F 310-858-1063

cz.law

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom the email is addressed. If you are not the named addressee, you are prohibited from disclosing, copying, or disseminating this email in any manner. Instead, please delete this email from your system and notify the sender of the error. The sender may be contacted by return email or by calling (310) 273-1230 or (310) 507-7924.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.