S. Amanda Marshall
Oregon Bar No. 953473
**S. AMANDA MARSHALL, LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Telephone: (503) 472-7190
*amanda@maclaw.law*

Jesenia A. Martinez
Cal. Bar No. 316969
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*jmartinez@cz.law*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; FRANK FAILLACE, an individual; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00965-YY<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S FIRST NOTICE OF CONSENT TO JOIN** |

**COMES NOW** plaintiff Zoe Hollis ("Plaintiff"), by and through their undersigned counsel, and hereby give notice of the attached "Consent to Join" form with respect to the following person, who opts in as a plaintiff pursuant to *Campbell v. City of Los Angeles*, 903 F.3d 1090, 1104–05 (9th Cir. 2018):

- Rahel Patterson

<table>
<tr><td>Dated: July 1, 2022</td><td>Respectfully submitted,<br><br>*/s/ Jesenia A. Martinez*<br>Jesenia A. Martinez<br>Cal. Bar No. 316969<br>(*Pro Hac Vice*)<br>**CARPENTER & ZUCKERMAN**<br>8827 W. Olympic Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 273-1230<br>*jmartinez@cz.law*<br><br>S. Amanda Marshall<br>OSB No. 953473<br>**S. AMANDA MARSHALL, LLC**<br>1318 NW Northrup Street<br>Portland, Oregon 97209<br>Telephone: (503) 472-7190<br>*amanda@maclaw.law*<br><br>***Attorneys for Plaintiffs***</td></tr>
</table>

**CERTIFICATE OF SERVICE**

     I certify that on Friday, July 01, 2022 a true and correct copy of the attached **PLAINTIFF'S FIRST NOTICE OF CONSENT TO JOIN** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Anthony Kuchulis
Joseph Q. Ridgeway
**LITTLE MENDELSON P.C.**
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Email: akuchulis@littler.com
Email: sarney@littler.com
Email: jridgeway@littler.com

*Counsel for Defendants*

                                                                */s/ Jesenia A. Martinez*
                                                                    Jesenia A. Martinez