Re:

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Sassy's in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Sassy's in Portland Oregon, in September 2018 to February 2021.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate John P. Kristensen of Carpenter & Zuckerman at 8827 West Olympic Boulevard Beverly Hills, California 90211 to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning all aspects of the litigation.

Signature: _____
Date: 6/29/2022
Name: Rahel Patterson

Send your consent form to any of the following firms, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text**:

John P. Kristensen
**Carpenter & Zuckerman**
8827 W Olympic Blvd
Beverly Hills, CA 90211
Telephone: (310) 273-1230
**Text or Call: (310) 913-1201
Fax: (310) 507-7906
*kristensen@cz.law*