# EXHIBIT 1

9/7/22, 9:18 AM  Carpenter Zuckerman & Rowley Mail - RE: Further request from Judge You RE: 3:21-cv-00965-YY Hollis v. RandR Restaurants, In…

Case 3:21-cv-00965-YY     Document 58-1     Filed 09/07/22     Page 2 of 4

**CZ**  Jesenia Martinez <jmartinez@cz.law>

## RE: Further request from Judge You RE: 3:21-cv-00965-YY Hollis v. RandR Restaurants, Inc et al

1 message

**Kuchulis, Anthony** <AKuchulis@littler.com>  Tue, Sep 6, 2022 at 5:26 PM
To: "Farley, Noreen" <NFarley@littler.com>, Trish Hunt <Trish_Hunt@ord.uscourts.gov>
Cc: "amanda@maclaw.law" <amanda@maclaw.law>, "jmartinez@cz.law" <jmartinez@cz.law>, "Ridgeway, Joseph Q." <JRidgeway@littler.com>, "Munoz, Colleen" <CMunoz@littler.com>

Dear Ms. Hunt,

Please forgive any confusion – <u>Defendants intended to withdraw the motion for leave to amend entirely</u> and <u>no longer intend to pursue the counter-claims proposed in federal court</u>. So no need for Judge You to review or for further briefing by either party or a hearing on it.

I believe you advised us to file a "motion to strike" to withdraw the motion formally. We will get that filed this week. Thank you.

**Anthony Kuchulis**
Attorney at Law
503.889.8910 direct, 503.310.9904 mobile, 503.961.1335 fax
AKuchulis@littler.com



Labor & Employment Law Solutions | Local Everywhere
1300 SW 5th Ave, Wells Fargo Tower - Suite 2050, Portland, OR 97201

**From:** Farley, Noreen <NFarley@littler.com>
**Sent:** Tuesday, September 6, 2022 5:02 PM
**To:** Trish Hunt <Trish_Hunt@ord.uscourts.gov>
**Cc:** Kuchulis, Anthony <AKuchulis@littler.com>; amanda@maclaw.law; jmartinez@cz.law; Ridgeway, Joseph Q. <JRidgeway@littler.com>; Munoz, Colleen <CMunoz@littler.com>
**Subject:** RE: Further request from Judge You RE: 3:21-cv-00965-YY Hollis v. RandR Restaurants, Inc et al

Hello Trish,

Attached please find a redline of Defendants' filed Answer (ECF No. 20) vs. Defendants' Proposed First Amended Answer and Counterclaims (ECF No. 56-1). Please let me know if you have any questions.

9/7/22, 9:18 AM  Carpenter Zuckerman & Rowley Mail - RE: Further request from Judge You RE: 3:21-cv-00965-YY Hollis v. RandR Restaurants, In…

Case 3:21-cv-00965-YY    Document 58-1    Filed 09/07/22    Page 3 of 4

Defendants have also decided to withdraw their request for an expedited hearing for their [56] Motion for Leave to File First Amended Complaint and Counterclaims, and will stick to the normal briefing response times as provided in LR 7-1(e).

Thank you,

Noreen

**Noreen Farley**
Attorney at Law
971.201.9690 mobile
NFarley@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1300 SW 5th Ave, Wells Fargo Tower - Suite 2050, Portland, OR 97201

---

**From:** Trish Hunt <Trish_Hunt@ord.uscourts.gov>
**Sent:** Friday, September 2, 2022 7:45 AM
**To:** Kuchulis, Anthony <AKuchulis@littler.com>; amanda@maclaw.law; jmartinez@cz.law; Ridgeway, Joseph Q. <JRidgeway@littler.com>
**Cc:** Farley, Noreen <NFarley@littler.com>
**Subject:** Further request from Judge You RE: 3:21-cv-00965-YY Hollis v. RandR Restaurants, Inc et al

Good morning Counsel,

Judge You would also request that you attach a red-lined copy of the proposed amended complaint.

Thank you,

Trish Hunt

Courtroom Deputy to Hon. Youlee Yim You

United States District Court for the District of Oregon

trish_hunt@ord.uscourts.gov

503-326-8057

***Facilitating equal access to justice with integrity and respect.***

**From:** Trish Hunt
**Sent:** Thursday, September 1, 2022 4:02 PM
**To:** akuchulis@littler.com; amanda@maclaw.law; jmartinez@cz.law; jridgeway@littler.com
**Subject:** 3:21-cv-00965-YY Hollis v. RandR Restaurants, Inc et al

Good afternoon,

Counsel called earlier asking if a hearing will be set on the motion and/or if there would be an expedited briefing schedule. Judge You has advised me that if an expedited briefing schedule is requested, please confer and propose one to the court.

Thank you,

Trish Hunt

Courtroom Deputy to Hon. Youlee Yim You

United States District Court for the District of Oregon

trish_hunt@ord.uscourts.gov

503-326-8057


*Facilitating equal access to justice with integrity and respect.*


---------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.