Anthony D. Kuchulis, Bar No. 083891
akuchulis@littler.com
Joseph Q. Ridgeway, Bar No. 213011
jridgeway@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Telephone:     503.221.0309
Fax No.:          503.242.2457

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS, individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>vs.<br><br>R & R RESTAURANTS, INC dba SASSY'S an Oregon corporation, STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; FRANK FAILLACE, an individual; and DOES 2 through 10, inclusive**,**<br><br>Defendants. | Case No. 3:21-cv-00965-YY<br><br>DEFENDANTS' MOTION TO STRIKE THEIR [56] MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS |

**<u>MOTION</u>**

Defendants R&R Restaurants, Inc. dba Sassy's, Stacy Mayhood, Ian Hannigan, and Frank Faillace ("Defendants") move to strike their Motion for Leave to File First Amended Answer and Counterclaims. This Motion is supported by the Memorandum of Law below.

Page 1- DEFENDANTS' MOTION TO STRIKE THEIR [56] MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS

## MEMORANDUM OF LAW

On August 24, 2022, Defendants filed their Motion for Leave to File First Amended Answer and Counterclaims ("Motion for Leave"). ECF No. 56.

Defendants now seek to withdraw the Motion for Leave and move the Court to strike the Motion for Leave from the case docket because Defendants no longer intend to pursue the counterclaims proposed in federal court.

## CONCLUSION

For the reasons stated herein, Defendants respectfully request the Court strike their Motion for Leave from the case docket.

Dated: September 8, 2022

/s/ *Anthony D. Kuchulis*
Anthony D. Kuchulis
Joseph Q. Ridgeway
LITTLER MENDELSON, P.C.

Attorneys for Defendants

Page 2- DEFENDANTS' MOTION TO STRIKE THEIR [56] MOTION
FOR LEAVE TO FILE FIRST AMENDED
ANSWER AND COUNTERCLAIMS

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309