Anthony D. Kuchulis, OSB No. 083891
akuchulis@littler.com
Joseph Q. Ridgeway, OSB No. 213011
jridgeway@littler.com
Sharon Bolesky, OSB No.062784
sbolesky@littler.com
LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Telephone:	503.221.0309
Fax No.:	503.242.2457

Attorneys for Defendants R & R Restaurants, Inc.
dba Sassy's; Stacy Mayhood; Ian Hannigan; and
Frank Faillace

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> R & R RESTAURANTS, INC dba SASSY'S, an Oregon corporation; STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; FRANK FAILLACE, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 3:21-cv-00965-YY <br><br> NOTICE OF APPEARANCE |

TO:	Plaintiff Zoe Hollis and their attorneys of record;

AND TO:	The Clerk of the Court

PLEASE TAKE NOTICE that Sharon Bolesky, Littler Mendelson, P.C., enters her appearance on behalf of Defendants R & R Restaurants, Inc. dba Sassy's, Stacy Mayhood, Ian

Page 1- NOTICE OF APPEARANCE

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

Hannigan, and Frank Faillace in the above-captioned action.  We request that notice of any and all further proceedings in said action except original process be served upon the undersigned at:

Anthony D. Kuchulis  
Littler Mendelson, P.C.  
Wells Fargo Tower – Suite 2050  
1300 SW Fifth Avenue  
Portland, OR 97201  
akuchulis@littler.com  
(503) 889-8910  

Joseph Q. Ridgeway  
Littler Mendelson, P.C.  
Wells Fargo Tower – Suite 2050  
1300 SW Fifth Avenue  
Portland, OR 97201  
jridgeway@littler.com  
(503) 889-8941  

Sharon Bolesky  
Littler Mendelson, P.C.  
Wells Fargo Tower – Suite 2050  
1300 SW 5th Avenue  
Portland, OR 97201  
sbolesky@littler.com  
(503) 889-8908  

Dated:      November 2, 2022

/s/ Sharon Bolesky  
Anthony D. Kuchulis, OSB No. 083891  
Joseph Q. Ridgeway, OSB No. 213011  
Sharon Bolesky, OSB No. 062784  
LITTLER MENDELSON P.C.  

Attorneys for Defendants R & R Restaurants, Inc. dba Sassy's; Stacy Mayhood; Ian Hannigan; and Frank Faillace

Page 2- NOTICE OF APPEARANCE

LITTLER MENDELSON P.C.  
1300 SW 5th Avenue  
Wells Fargo Tower - Ste 2050  
Portland, Oregon  97201  
Tel: 503.221.0309

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I served the foregoing NOTICE OF APPEARANCE on the following parties:

S. Amanda Marshall
S. AMANDA MARSHALL, LLC
1318 NW Northrup Street
Portland, OR 97209
Phone: (503) 472-7190
amanda@maclaw.law

John Kristensen
Jesenia A. Martinez (*Pro Hac Vice*)
CARPENTER & ZUCKERMAN
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
Phone: (310) 507-7924
kristensen@cz.law
jmartinez@cz.law

By following indicated method(s) set forth below:

☒   Electronic Filing using the Court's ECF system

☒   Email

By:<i>/s/ Victoria Minnieweather</i><br>Victoria Minnieweather

Page 1- CERTIFICATE OF SERVICE

LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309