Anthony D. Kuchulis, Bar No. 083891
akuchulis@littler.com
Sharon Bolesky, Bar No. 062784
sbolesky@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Telephone:    503.221.0309
Fax No.:       503.242.2457

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZOE HOLLIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>R&R RESTAURANTS, INC dba SASSY'S an Oregon corporation, STACY MAYHOOD, an individual; IAN HANNIGAN, an individual; FRANK FAILLACE, an individual; and DOES 2 through 10, inclusive,<br><br>        Defendant. | Case No. 3:21-cv-00965-YY<br><br>NOTICE OF WITHDRAWAL |

TO: Plaintiffs Zoe Hollis and Takyla Harris, and their attorney of record;

AND TO: Plaintiff Rahel Patterson;

AND TO: The Clerk of the Court

PLEASE TAKE NOTICE that Joseph Ridgeway, Littler Mendelson, P.C, hereby withdraws as counsel of record for Defendants R&R Restaurants, Inc. dba Sassy's, Stacy Mayhood, Ian Hannigan, and Frank Faillace in the above captioned action.

Page 1- NOTICE OF WITHDRAWAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

PLEASE TAKE FURTHER NOTICE that Anthony Kuchulis and Sharon Bolesky, Littler Mendelson, P.C., remains as counsel of record for Defendants. We request that notice of any and all further proceedings in said action except original process be served upon the undersigned at:

Anthony Kuchulis
Littler Mendelson P.C.
1300 SW Fifth Avenue
Wells Fargo Tower – Suite 2050
Portland, OR 97201
akuchulis@littler.com
(503) 889-8910

Sharon Bolesky
Littler Mendelson, P.C.
1300 SW Fifth Avenue
Wells Fargo Tower – Suite 2050
Portland, OR 97201
sbolesky@littler.com
(503) 889-8908

Joseph Q. Ridgeway consents to the above withdrawal.

Dated:   December 30, 2022

/s/ Anthony D. Kuchulis
Anthony D. Kuchulis, OSB No. 083891
akuchulis@littler.com
Sharon Bolesky, OSB No. 062784
sbolesky@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendants

Page 2- NOTICE OF WITHDRAWAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, I served the foregoing NOTICE OF WITHDRAWAL on the following parties:

S. Amanda Marshall
S. AMANDA MARSHALL, LLC
1318 NW Northrup Street
Portland, OR 97209
Phone: (503) 472-7190
amanda@maclaw.law

John Kristensen
Jesenia A. Martinez *(Pro Hac Vice)*
CARPENTER & ZUCKERMAN
8827 W. Olympic Blvd.
Beverly, CA 90211
Phone: (310) 507-7924
kristensen@cz.law
jmartinez@cz.law

Rahel Patterson
5005 SE 72nd Avenue
Portland, OR 97206
Rahelpatterson86@gmail.com

By the following indicated method(s) set forth below:

☒  Electronic Filing using the Court's ECF system

☒  Email

☒  Mail

By: */s/ Victoria Minnieweather*
Victoria Minnieweather

Page 1- CERTIFICATE OF SERVICE

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309