# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ZOE HOLLIS**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**R & R RESTAURANTS, INC dba SASSY'S**, *et al.*,<br><br>　　　　Defendants. | Case No. 3:21-cv-965-YY<br><br>**JUDGMENT** |

　　Based on the Court's ORDER,

　　**IT IS ADJUDGED** that this case is TERMINATED. Plaintiff's claims under the Fair Labor Standards are terminated with prejudice, and Plaintiff's state law retaliation claim is dismissed without prejudice.

　　DATED this 26th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT